IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE KELLY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BENJAMIN CARSON, Secretary of United States of America Housing and Urban Development in his Offical Capacity; and DOES 1-50,<br><br>　　　　　　Defendants. | 8:18CV532<br><br>**ORDER** |

Plaintiff has submitted a request to proceed in forma pauperis. (Filing No. 2.) Having reviewed the request, I shall waive prepayment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED** that Plaintiff's request to proceed in forma pauperis (Filing No. 2) is approved. The Clerk of Court shall file the complaint and accompanying pleadings without the prepayment of costs or fees.

Dated this 14th day of November, 2018.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　United States Magistrate Judge