IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE KELLY, | |
| Plaintiff, | 8:18-CV-532 |
| vs. | JUDGMENT |
| BENJAMIN CARSON, Secretary of United States of America Housing and Urban Development in his Official Capacity; and DOES 1-50, | |
| Defendants. | |

For the reasons stated in the accompanying memorandum and order, the plaintiff's complaint is dismissed.

Dated this 7th day of August, 2019.

BY THE COURT:

*John M. Gerrard* (signature)

John M. Gerrard
Chief United States District Judge